☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 | Hansaben Patel | 458 33rd Avenue, San Francisco, CA 94121 | DCR Mortgage 10, Sub 3 LLC | ☒ D ☐ E/F ☐ G |
| 2.2 | Jashvant Patel | 458 33rd Avenue, San Francisco, CA 94121 | DCR Mortgage 10, Sub 3 LLC | ☒ D ☐ E/F ☐ G |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

Official Form 206H      Schedule H: Codebtors      page 1 of 1