IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re: | § | Chapter 11 |
| | § | |
| **FAIRFAX HOTEL, LLC,** | § | Case No. 22-30593 |
| | § | |
| Debtor. | § | |

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINES | SHARES (OR PERCENTAGE) | KIND OF INTEREST REGISTERED |
|---|---|---|
| Hansaben Patel<br>458 33rd Avenue<br>San Francisco, CA 94121 | 100% | Member Units |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Fairfax Hotel, LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 11/14/22     Signature /s/ Hitesh Patel
                             Hitesh Patel