CHRISTOPHER D. SULLIVAN (148083)
STACEY L. PRATT (124892)
ROXANNE BAHADURJI (290117)
**SULLIVAN BLACKBURN PRATT LLP**
456 Montgomery Street, Suite 900
San Francisco, CA 94104
Phone: (415) 691-4518
Email: csullivan@sullivanblackburn.com
spratt@sullivanblackburn.com
rbahadurji@sullivanblackburn.com

Proposed Attorneys for Fairfax Hotel, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

FAIRFAX HOTEL, LLC,
a California Limited Liability Company

Debtor-in-Possession.

Case No.: 22-30593

Chapter 11

**EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**

No Hearing Required

Fairfax Hotel, LLC, a California Limited Liability Company ("Debtor"), the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "Case") applies for an Order Designating Responsible Individual pursuant to Local Rule 4002-1, as follows:

1. The Debtor is organized under the laws of the State of California as a limited liability corporation

2. The Debtor filed its voluntary petition under Chapter 11 on October 31, 2022.

3. Pursuant to B. L. R. 4002-1, it is necessary to appoint a natural person to be responsible for the duties and obligations of the Debtor.

4. Hitesh Patel is the President of the Debtor pursuant to resolutions adopted.

5. As demonstrated in the Declaration of Hitesh Patel filed with this Application, Hitesh Patel is the appropriate natural person who should be designated as the responsible

individual for the duties and obligations of the Debtor. His address and phone number are:

Hitesh Patel
458 33rd Avenue
San Francisco, CA 94121
415-412-1647

WHEREFORE, Debtor respectfully requests that the Court designate Hitesh Patel, President of the Debtor, as the responsible individual for the Debtor in this case.

Dated: November 18, 2022    SULLIVAN BLACKBURN PRATT LLP

/s/ Christopher D. Sullivan
Christopher D. Sullivan
Proposed Attorneys for Debtor