CHRISTOPHER D. SULLIVAN (148083)
STACEY L. PRATT (124892)
ROXANNE BAHADURJI (290117)
**SULLIVAN BLACKBURN PRATT LLP**
456 Montgomery Street, Suite 900
San Francisco, CA 94104
Phone: (415) 691-4518
Email: csullivan@sullivanblackburn.com
spratt@sullivanblackburn.com
rbahadurji@sullivanblackburn.com

Proposed Attorneys for Fairfax Hotel, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>FAIRFAX HOTEL, LLC,<br>a California Limited Liability Company<br><br>Debtor-in-Possession. | Case No.: 22-30593<br><br>Chapter 11<br><br>**DECLARATION OF HITESH PATEL IN SUPPORT OF EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**<br><br>No Hearing Required |

I, Hitesh Patel, declare as follows:

1. Fairfax Hotel, LLC (the "Debtor in Possession") is organized under the laws of the State of California as a limited liability company.

2. Fairfax Hotel, LLC filed its voluntary petition under Chapter 11 on October 31, 2022.

3. I am the President of the Debtor in Possession.

4. My responsibilities include the management of the financial affairs of the Debtor in Possession.

5. I am the appropriate natural person who should be designated as the responsible individual for the duties and obligations of the debtor in possession. My address and phone number

are as follows:

Hitesh Patel
458 33rd Avenue
San Francisco, CA 94121
(415) 412-1647

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 18, 2022 in San Francisco, California.

/s/ Hitesh Patel
Hitesh Patel